EAST COAST STORES, INC., and SOUTHERN STORES CORPORATION, *Plaintiffs in Error*, v. JOHN C. CUTHBERT, and EULA STEWART CUTHBERT, his wife, *Defendants in Error.*
Opinion filed April 1, 1931.

26

*Marshburn, Mendenhall & McDonald,* for Plaintiffs in Error.

*R. A. Johnston,* for Defendants in Error.

30

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered and ordered by the Court that the judgment of the court below be, and the same is hereby, reversed and the cause is remanded for further

proceedings in accordance with the views herein expressed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.